**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNESTO NIETO<br>Petitioner,<br>v.<br>TODD M. LYONS, *et al.*,<br>Respondents. | Case No. 5:26-cv-02952-DMK<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION AND ORDERING BOND HEARING** |

Petitioner Ernesto Nieto is a native and citizen of Mexico. ECF 1 at ¶ 2. Some time in December 2024, Petitioner entered the United States seeking refuge from persecution, torture, and threats of death or serious bodily injury based on his sexual orientation. *Id.* Petitioner is currently being detained at the Adelanto Ice Processing Center, pending ongoing removal proceedings. *Id.* at ¶ 15.

Petitioner now seeks habeas relief under 28 U.S.C. § 2241, alleging that his "prolonged" detention without a bond hearing violates the INA and the Fifth Amendment. Respondents have stated that they "are not presenting an opposition argument with respect to providing Petitioner a bond hearing at this time." ECF 12 at 2.

In view of the Government's position, the Court sees no compelling reason not to grant that relief consistent with other cases in which the Government has taken a similar stance. *See, e.g., Aguilar v. Janecka*, No. 5:26-cv-00602-SSS, 2026 WL 579157, at *1 (C.D. Cal. Mar. 2, 2026) (granting petition and ordering § 1226(a) bond hearing where "Respondents concede[d] that Petitioner is a class member entitled to a bond hearing under the reasoning of *Maldonado Bautista*"). The petition is therefore GRANTED with that understanding.

No later than 10 days after entry of judgment, Petitioner must be provided with an individualized bond hearing. At such hearing, the immigration judge must exercise her discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings based on all relevant facts—including criminal history, immigration history, manner of entry, length of residence, family ties, employment, community connections, compliance with prior orders, and eligibility for relief from removal. *See Matter of Guerra*, 24 I. & N. Dec. 37, 40 (BIA 2006). Judgment on the petition will be entered accordingly.

In light of the Court's order granting the Petition, Petitioner's request to expedite review (ECF 13) and request to proceed pro se (ECF 14) are denied as moot.

**IT IS SO ORDERED**.

DATED: October 15, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE