**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNESTO NIETO<br>Petitioner,<br>v.<br>TODD M. LYONS, *et al*.,<br>Respondents. | Case No. 5:26-cv-02952-DMK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Unopposed Habeas Petition and Ordering Bond Hearing, IT IS ADJUDGED that the Petition is granted to the extent provided in that Order.

The Clerk of Court is directed to close this case.

DATED: October 15, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE